1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   LAUREN BARBER, KATE HUME              CASE NO. C22-1289 MJP
     and CATHERINE BAUM, on behalf of
11   themselves and a class of all others          ORDER GRANTING MOTION TO
     similarly situated,                                        AMEND

12
                              Plaintiffs,
13
                    v.
14
     COMPASS HEALTH,
15
                              Defendant.
16

17

18          This matter comes before the Court on Plaintiffs' Unopposed Motion for Leave to File a

19   First Amended Complaint. (Dkt. No. 13.) Having reviewed the Motion and all supporting

20   materials, the Court GRANTS the Motion and GRANTS LEAVE to Plaintiffs to file the

     amended complaint.
21
            Under Rule 15, "[t]he court should freely give leave" to amend "when justice so
22
     requires." Fed. R. Civ. P. 15(a)(2). Rule 15 is "to be applied with extreme liberality."
23
     AmerisourceBergen Corp. v. Dialysist W., Inc., 465 F.3d 946, 951 (9th Cir. 2006). And leave
24

1   should be granted unless there is evidence of "undue delay, bad faith or dilatory motive on the

2   part of the movant, repeated failure to cure deficiencies by amendments previously allowed,

3   undue prejudice to the opposing party by virtue of allowance of the amendment, futility of

4   amendment, etc." Foman v. Davis, 371 U.S. 178, 182 (1962).

5        The Court finds that leave should be given to file the amended complaint. Plaintiffs

6   identify new facts that have recently transpired that drive their desire to amend. The Court is

7   satisfied that the request does not reflect delay or bad faith, and there is no evidence of prejudice.

8   The Court also notes that Defendant does not oppose the request. Accordingly, the Court

9   GRANTS the Motion and GRANTS LEAVE to Plaintiffs to file the amended complaint.

10  Plaintiffs must file the amended complaint within 7 days of entry of this Order.

11       The clerk is ordered to provide copies of this order to all counsel.

12       Dated December 19, 2022.

13

14  Marsha J. Pechman
    United States Senior District Judge

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION TO AMEND - 2