1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

LAUREN BARBER, KATE HUME and
CATHERINE BAUM, on behalf of
themselves and a class of all others
similarly situated,

11

CASE NO. C22-1289 MJP

ORDER VACATING PENDING
MOTIONS RE: SETTLEMENT

12

Plaintiffs,

13

v.

14

COMPASS HEALTH,

15

Defendant.

16

17

18

Having been notified of the settlement of this case, the Court ORDERS that all pending

Motions are TERMINATED. The Court directs the Parties to file all necessary settlement papers

19

20

within 30 days of entry of this Order. Should the Parties fail to do so, the Court will dismiss this

action with prejudice and without costs to parties.

21

\\

22

\\

23

\\

24

ORDER VACATING PENDING MOTIONS RE: SETTLEMENT - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated March 29, 2023.

Marsha J. Pechman
United States Senior District Judge