1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| LAUREN BARBER, KATE HUME and CATHERINE BAUM, on behalf of themselves and a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS HEALTH,<br><br>Defendant. | CASE NO. C22-1289 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

This matter comes the Court on the Parties' Stipulated Motion to Dismiss or Alternatively for Approval of Settlement. (Dkt. No. 42.) Having reviewed the Motion and all supporting materials, the Court GRANTS in part the Motion. The Parties have stipulated to dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which authorizes dismissal of this action without Court order. Given this agreement, the Court finds that dismissal of this action is appropriate and that the dismissal shall be with prejudice, as requested by the Parties. On this

basis the Court GRANTS the Motion. The Court rejects Defendant's request that the Court separately find that the settlement reached by the Parties satisfies Fair Labor Standards Act. Defendants cite no binding authority that requires such a finding where the parties have agreed to dismissal of FLSA claims under Rule 41(a)(1)(A)(ii), and the Parties have not provided any information about the settlement that might permit the Court to make any such assessment. The Court therefore declines to make this unnecessary finding.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 12, 2023.

Marsha J. Pechman
United States Senior District Judge